Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
John Tehranian (Bar. No. 211616)
Email: jtehranian@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
East Tower, Suite 500
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Joanna Ardalan, Esq. (Bar No. 285384)
Email: jardalan@onellp.com
**ONE LLP**
9301 Wilshire Blvd.
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665
Facsimile: (310) 943-2085

Attorneys for Plaintiff,
Stephan Wurth Photography, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| STEPHAN WURTH PHOTOGRAPHY, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>WETPAINT.COM, INC., a Delaware corporation; BRETT ROSIN, an individual; GRANT BROWN, an individual, and DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No. 8:16-cv-02101-DOC-JCG<br><br>Hon. David O. Carter<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered against Wetpaint and in favor of Plaintiff as follows:

1. Defendant Wetpaint.com, Inc. shall pay Plaintiff Stephen Wurth Photography, Inc. the sum of $50,000 in statutory damages;

2. Defendant Wetpaint.com, Inc. shall pay Plaintiff Stephen Wurth Photography, Inc. for attorneys' fees the sum of $3,600; and

3. Defendant Wetpaint.com, Inc. shall pay Plaintiff Stephen Wurth Photography, Inc. for its costs of suit the sum of $1,335.04.

A true and correct copy of the Order Granting in Part Plaintiffs' Motion for Default Judgment (Docket No. 84) is attached hereto as Exhibit A and is fully incorporated herein.

Date: October 15, 2018

*David O. Carter*
Hon. David O. Carter
United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4000 MacArthur Boulevard, East Tower, Suite 500, Newport Beach, California 92660.

    On October 12, 2018, I caused the document(s) listed below to be served to the address(es) and by the method of service described as follows:

**[PROPOSED] JUDGMENT**

Wetpaint.com Inc.
c/o Function X Inc.
**WETPAINT.COM INC.**
902 Broadway 11th Floor
New York, NY 10010
212-231-0092

*PRO SE*

[X]     (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on October 12, 2018 at Newport Beach, California.

                                      *Robin Golder*
                                      Robin Golder